# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover             Date: July 15, 2011
Court Reporter:     Paul Zuckerman

Criminal Action No. 11-cr-00158-MSK

*Parties*:                                      *Counsel Appearing:*

UNITED STATES OF AMERICA,                       Michele Korver

       Plaintiff,

v.

| | | |
|---|---|---|
| 1. | JOAN ANASTASI, | Joseph Saint-Veltri/Jim Jenkins |
| 2. | VALENTIN BARRIOS, | Kathleen Moreno |
| 3. | ANTHONY BUCHANAN, | John Morrison |
| 4. | JOSEPH JAMES BURKE, | Philip Cherner |
| 5. | ALFONSO ELVAO-ALLOCATI, | John Yzurkiaga |
| 6. | JACK FELLNER, | Abraham Hutt |
| 7. | WAYNE ALAN REID, | John Schlie |
| 8. | PEGGY SCHLAUGER, | Daniel Smith |
| 9. | CHRISTOPHER JAMES SHEEHAN, | Harvey Steinberg |
| 10. | JESSE TRUJILLO, | |

       Defendants.

## COURTROOM MINUTES

HEARING:   Motions

**3:45 p.m.     Court in session.**

Defendants Barrios, Elvao-Allocati, Reid and Sheehan are present in custody. All other defendants except Trujillo, a fugitive, are present on bond.

The Court addresses Motion to Withdraw by Mr. Saint-Veltri on behalf of Defendant Anastasi **(Doc. #138)**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**     Motion to Withdraw by Mr. Saint-Veltri on behalf of Defendant Anastasi **(Doc. #138)** is **GRANTED.**

Mr. Saint-Veltri is excused from the hearing.

The Court addresses:   Government's Motion to Declare Case Complex (**#84**)
  Defendant Schlauger's Motion to Continue Trial **(#96)**
  Defendant Burke's Motion for Extension of Time to File Motions (**#102**)
  Defendant Buchanan's Motion to Vacate Motions Deadline **(#104**)
  Defendant Reid's Motion for Extension of Time to File Motions **(#110)**
  Defendant Fellner's Motion for Extension of Time to File Motions **(#113)**

Statement from Ms. Korver and defense counsel.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**     Government's Motion to Declare Case Complex (**#84**) is **GRANTED** in part and **DENIED** in part. The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. The trial currently scheduled to begin on **July 18, 2011 at 1:00 p.m is VACATED** and reset to **February 14, 2012 at 1:00 p.m.** and will continue through the week of February 20, 2012. All subsequent days of trial will begin at 8:30 a.m., unless counsel are advised otherwise. Motions will be filed by **November 14, 2011**; Government's response(s) will be filed by November 28, 2011. A non-evidentiary motions hearing will be held on **December 9, 2011 at 2:00 p.m.** The *James* proffer schedule will be set at this hearing.

**ORDER:**     The Government will provide its Rule 16 Disclosure in compliance with Rule 702 to defendants by **September 13, 2011**; the defendants will provide their Rule 16 Disclosures by **November 14, 2011** and the Joint 702 Motion will be filed by **November 28, 2011.** The hearings will be set at the motions hearing (December 9, 2011).

**ORDER:**     Defendant Schlauger's Motion to Continue Trial (**#96**); Defendant Burke's Motion for Extension of Time to File Motions (**#102**); Defendant Buchanan's Motion to Vacate Motions Deadline **(#104);** Defendant Reid's Motion for Extension of Time to File Motions **(#110);** Defendant Fellner's Motion for Extension of Time to File Motions **(#113)** are **GRANTED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

The Court addresses Defendant Sheehan's Appeal of Magistrate Judge's Detention Order **(Doc. #128)**

Statement from Mr. Steinberg and request for hearing.

**ORDER:** A hearing is set on Defendant Sheehan's Appeal of Magistrate Judge's Detention Order **(Doc. #128)** on **July 26, 2011 at 3:30 p.m.**

The Court addresses Defendant Allocati's Motion for Reconsideration of Detention Order **(Doc. #139)**

Statement by Mr. Yzurdiaga. Argument.

**ORDER:** The Government will obtain and produce defendant's medical records within 7 days. Bail is **DENIED** and Defendant Allocati's Motion for Reconsideration of Detention Order **(Doc. #139)** is **DENIED.**

**ORDER:** The defendants are remanded to the care and custody of the United States Marshal Service or continued on bond as appropriate.

**4:36 p.m.      Court in recess.**

**Total Time:   51 minutes.**
**Hearing concluded.**