UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00158-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.**     **JOAN ANASTASI**,
2.     VALENTIN BARRIOS,
3.     ANTHONY BUCHANAN,
4.     JOSEPH JAMES BURKE,
5.     ALFONSO ELVAO-ALLOCATI,
6.     JACK FELLNER,
7.     WAYNE ALAN REID,
8.     PEGGY SCHLAUGER,
9.     CHRISTOPHER JAMES SHEEHAN,
10.    JESSE TRUJILLO,

      Defendants.

---

## ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#201)** on November 14, 2011, by Defendant Joan Anastasi.  The Court construes this Notice as

a motion to change his/her plea and to have the Court consider the terms of the parties' plea

agreement.

      **IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

     pending determination of those matters.

2.     A Change of Plea hearing is set for **January 23, 2012,** at **3:30 p.m.** and a

     Sentencing hearing is set for **April 23, 2012**, at **1:30 p.m.** in the United States

District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S.

Courthouse, 901 19th Street, Denver, Colorado.[1]

3.      The motion hearing set for December 9, 2011, and the February 13, 2012, trial

date are **VACATED**.

Dated this 17th day of November, 2011.

                          **BY THE COURT:**

                          *Marcia S. Krieger*
                          _____

                          Marcia S. Krieger
                          United States District Judge

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*